

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00477-CR

| | | |
|---|---|---|
| FRANKLIN THOMAS CARROLL, Appellant | § | On Appeal from the 415th District Court |
| | § | |
| | | of Parker County (CR16-0091) |
| | § | |
| V. | | February 27, 2020 |
| | § | |
| | | Opinion by Chief Justice Sudderth |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
      Chief Justice Bonnie Sudderth